# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | **MELISSA M. ROSE** | : | Chapter |
|---|---|---|---|
| | | : | |
| | Debtor | : | Bky. No. 21-10512 ELF |

# O R D E R

**AND NOW**, upon consideration of the Debtor's Motion to Extend the Stay Under 11 U.S.C. §362(c)(3) ("the Motion"), and the request for an expedited hearing thereon, and sufficient cause being shown, it is hereby **ORDERED** that:

1. The request for an expedited hearing is **GRANTED**.

2. A telephonic hearing to consider the Motion is scheduled on **March 23, 2021, at 9:30 a.m.**.

3. The Movant shall serve the Motion and this Order on the case Trustee, all creditors by first class mail, e-mail or fax transmission **no later than 5:00 p.m. on March 17, 2021**.

4. Service under is effective if made to each party identified above through the court's CM/ECF system.

5. Written objections or other responsive pleadings to the Motion (while not required) may be filed up to the time of the hearing and all objections will be considered at the hearing.

6. The Movant shall file a Certification of Service as required by Local Rule 9014-4.

**Date: March 16, 2021**

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**